

# NUMBER 13-22-00304-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN THE INTEREST OF M.R. AND X.R., CHILDREN

**On appeal from the County Court at Law
of Aransas County, Texas.**

# ORDER

**Before Justices Longoria, Hinojosa, and Silva
Order Per Curiam**

This is an appeal of a final order terminating parental rights. Following an initial motion to extend the time to file the brief, appellant's brief was due on or before September 12, 2022. However, on September 1, 2022, the Department of Family and Protective Services (Department) filed a motion to modify the judgment. Appellant has filed a second motion for extension of time, providing the reason for her request therein. Appellant seeks twenty days of additional time to file the brief from the date the trial court rules on the Department's motion to modify the judgment.

Appeals in parental termination and child protection cases are governed by the rules of appellate procedure for accelerated appeals but include additional expedited deadlines and procedures. *See* TEX. R. APP. P. 28.4; TEX. R. JUD. ADMIN. 6.2(a). The intermediate appellate courts are directed to ensure "as far as reasonably possible" that appeals in such cases are brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a). Accordingly, it is the policy of this Court to limit extensions of time in such cases absent truly extraordinary circumstances. *See* TEX. R. APP. P. 38.6(d).

We GRANT appellant's second motion for extension of time and ORDER appellant's brief to be filed twenty days from the date the trial court rules on the Department's motion to modify the judgment. No further extensions of time will be granted absent truly exigent and extraordinary circumstances.

PER CURIAM

Delivered and filed on the
8th day of September, 2022.

2